UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| INTESA SANPAOLO, S.P.A., | |
|       Plaintiff, | |
|   -against- | No. 12-cv-2683 (RWS) |
| CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CRÉDIT AGRICOLE SECURITIES (U.S.A.) INC., THE PUTNAM ADVISORY COMPANY, LLC, MAGNETAR CAPITAL LLC, MAGNETAR CONSTELLATION FUND, LP, AND MAGNETAR CAPITAL FUND, LP, | **ECF CASE**<br>**Electronically Filed**<br><br>**Oral Argument Requested** |
|       Defendants. | |

## **NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of the Putnam Advisory Company LLC's Motion to Dismiss the Complaint, dated June 1, 2012, Defendant the Putnam Advisory Company LLC, by its undersigned attorneys, will move this Court, before the Honorable Robert W. Sweet, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on Wednesday, August 15, 2012, at 12:00 p.m., or such other date and time that the Court may hereafter determine, for an order, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the claims in the Complaint asserted against Putnam with prejudice and awarding such further relief as this Court may deem just and proper.

Any opposing affidavits, answering memoranda of law, or other response shall be filed and served no later than July 19, 2012, as provided by the "So Ordered" Stipulation filed in the above-captioned action on May 2, 2012 (Doc. 11).

| | |
|---|---|
| Dated:  New York, New York<br>June 1, 2012 | MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York  10005<br>(212) 530-5000<br><br>By:   /s/ *Thomas A. Arena*<br>   Thomas A. Arena<br>   Sean M. Murphy<br>   Justin A. Alfano<br>   William P. Gross<br><br>*Attorneys for Defendant*<br>   *Putnam Advisory Company LLC* |

**To:**   QUINN EMANUEL URQUHART & SULLIVAN LLP
Phillip Z. Selendy
Nicholas F. Joseph
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Intesa Sanpaolo, S.p.A.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lea Haber Kuck
Gregory A. Litt
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Crédit Agricole Corporate and Investment Bank and Crédit Agricole Securities (U.S.A.) Inc.*

KIRKLAND & ELLIS LLP
Joseph Serino, Jr.
John P. Del Monaco
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Magnetar Capital LLC, Magnetar Financial LLC, and Magnetar Capital Fund, LP*