UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| INTESA SANPAOLO, S.P.A.,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CRÉDIT AGRICOLE SECURITIES (U.S.A.) INC., THE PUTNAM ADVISORY COMPANY, LLC, MAGNETAR CAPITAL LLC, MAGNETAR FINANCIAL LLC, AND MAGNETAR CAPITAL FUND, LP,<br><br>　　　　Defendants. | No. 12-cv-2683 (RWS)<br><br>**ECF CASE**<br>**Electronically Filed**<br><br>**Oral Argument Requested** |

## NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of The Putnam Advisory Company LLC's Motion to Dismiss the First Amended Complaint, dated July 20, 2012, and Declaration of Robert C. Hora in Support of Defendant The Putnam Advisory Company, LLC's Motion to Dismiss the First Amended Complaint, dated July 20, 2012, Defendant The Putnam Advisory Company LLC, by its undersigned attorneys, will move this Court, before the Honorable Robert W. Sweet, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on Wednesday, September 19, 2012, at 12:00 p.m., in courtroom 18C, or on such other date as scheduled by the Court, for an order, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the claims in the First Amended Complaint asserted against Putnam with prejudice and awarding such further relief as this Court may deem just and proper.

Any opposing affidavits, answering memoranda of law, or other response shall be filed and served no later than August 17, 2012, as provided by the "So Ordered" Stipulation filed in the above-captioned action on July 13, 2012 (Doc. 29).

Dated: New York, New York
       July 20, 2012

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005
(212) 530-5000

By:   /s/ *Sean M. Murphy*
    Sean M. Murphy
    Thomas A. Arena
    Robert C. Hora
    William P. Gross

*Attorneys for Defendant
  The Putnam Advisory Company LLC*

**To:** QUINN EMANUEL URQUHART & SULLIVAN LLP
Phillip Z. Selendy
Nicholas F. Joseph
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Intesa Sanpaolo, S.p.A.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lea Haber Kuck
Gregory A. Litt
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Crédit Agricole Corporate and Investment Bank and Crédit Agricole Securities (U.S.A.) Inc.*

KIRKLAND & ELLIS LLP
Joseph Serino, Jr.
John P. Del Monaco
601 Lexington Avenue
New York, NY 10022

(212) 446-4800

*Attorneys for Magnetar Capital LLC, Magnetar Financial LLC, and Magnetar Capital Fund, LP*