UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTESA SANPAOLO, S.P.A.,

    Plaintiff,

-against-

CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CRÉDIT AGRICOLE SECURITIES (U.S.A.) INC., THE PUTNAM ADVISORY COMPANY, LLC, MAGNETAR CAPITAL LLC, MAGNETAR FINANCIAL LLC, AND MAGNETAR CAPITAL FUND, LP,

    Defendants.

No. 12-cv-2683 (RWS)

**ECF CASE**
**Electronically Filed**

**Oral Argument Requested**

---

## NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Putnam Advisory Company LLC's Motion to Dismiss the Second Amended Complaint, dated March 19, 2013, and the Declaration of Robert C. Hora in Support of Defendant Putnam Advisory Company, LLC's Motion to Dismiss the Second Amended Complaint, dated March 19, 2013, Defendant Putnam Advisory Company LLC, by its undersigned attorneys, will move this Court, before the Honorable Robert W. Sweet, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on Wednesday, May 22, 2013, at 12:00 p.m., in courtroom 18C, or on such other date as scheduled by the Court, for an order, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the claims in the Second Amended Complaint asserted against Putnam with prejudice and awarding such further relief as this Court may deem just and proper.

        Any opposing affidavits, answering memoranda of law, or other response shall be filed and served no later than April 2, 2013, as provided by Local Civ. R. 6.1(b).

Dated: New York, New York  
        March 19, 2013

MILBANK, TWEED, HADLEY & McCLOY LLP

By:   /s/ Sean M. Murphy  
      James N. Benedict  
      Sean M. Murphy  
      Thomas A. Arena  
      Robert C. Hora  
      1 Chase Manhattan Plaza  
      New York, New York 10005  
      (212) 530-5000

*Attorneys for Defendant  
Putnam Advisory Company LLC*

To:   QUINN EMANUEL URQUHART & SULLIVAN LLP  
     Phillip Z. Selendy  
     Sean Baldwin  
     51 Madison Avenue, 22nd Floor  
     New York, NY 10010  
     (212) 849-7000

*Attorneys for Intesa Sanpaolo, S.p.A.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
Lea Haber Kuck  
Gregory A. Litt  
Four Times Square  
New York, NY 10036  
(212) 735-3000

*Attorneys for Crédit Agricole Corporate and Investment Bank and Crédit Agricole Securities (U.S.A.) Inc.*

KIRKLAND & ELLIS LLP  
Joseph Serino, Jr.  
John P. Del Monaco  
601 Lexington Avenue  
New York, NY 10022  
(212) 446-4800

*Attorneys for Magnetar Capital LLC, Magnetar Financial LLC, and Magnetar Capital Fund, LP*

## CERTIFICATE OF SERVICE

I, Sean M. Murphy, am an attorney duly admitted to practice law before this Court. I hereby certify that on March 19, 2013, I caused a true and correct copy of the foregoing Notice of Motion to Dismiss the Second Amended Complaint, dated March 19, 2013, to be served via hand delivery and operation of the Court's CM/ECF system on:

Phillip Z. Selendy, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave., 22nd Fl.
New York, NY 10010
(212) 849-7000
phillipselendy@quinnemanuel.com

*Counsel for Plaintiff*

Lea Haber Kuck, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
lea.kuck@skadden.com

*Counsel for Defendants*
  *Credit Agricole Corporate and Investment Bank and*
  *Credit Agricole Securities (U.S.A.) Inc.*

Joseph Serino, Jr., Esq.
Kirkland & Ellis LLP
601 Lexington Ave.
New York, New York 10022
(212) 446-4800
joseph.serino@kirkland.com

*Counsel for Defendants*
  *Magnetar Capital LLC*
  *Magnetar Financial LLC*
  *Magnetar Capital Fund, LP*

DATED:   March 19, 2013
         New York, New York

                                        /s/ Sean M. Muprhy
                                        Sean M. Muprhy