USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTESA SANPAOLO, S.P.A.,
                   Plaintiff,

-against-

CREDIT AGRICOLE CORPORATE AND
INVESTMENT BANK, ET AL.,
                   Defendants.
-----------------------------------------------------------X

12 CIVIL 2683 (RWS)

**JUDGMENT**

The Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on August 31, 2013, having rendered its Opinion granting the Defendants' motions to dismiss Intesa's §10(b) claims as time-barred pursuant 28 U.S.C. § 1658(b) with prejudice, and declining supplemental jurisdiction over Intesa's state law claims, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated August 31, 2013, the Defendants' motions to dismiss Intesa's §10(b) claims as time-barred pursuant 28 U.S.C. § 1658(b) are granted with prejudice, and supplemental jurisdiction over Intesa's state law claims is declined.

**Dated:** New York, New York
           September 18, 2013

                                      **RUBY J. KRAJICK**
                                         Clerk of Court
                      BY:
                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____